DATE: 11/ 3/2017    AT:  2:00

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR TELEPHONE CONFERENCE

DOCKET NUMBER: 15-2581

TITLE: ESPINOZA -V- NASSAU CO., ET AL.

APPEARANCES:

FOR PLAINTIFF(S):  MICHAEL DEVINE

FOR DEFENDANT(S):  JOHN HANLEY

REPORTER:    E. COMBS

| X | CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT. |
|---|---|
| X | CONFERENCE HELD. |
| X | OTHER: COURT NOTIFIED OF SETTLEMENT OF CASE.  TERMS PLACED ON THE RECORD.  STIPULATION OF DISCONTINUANCE TO BE SUBMITTED.  JURY SELECTION FOR 11/6/2017 CANCELED. |