UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Roddy Espinoza

-V-                                                                    ORDER OF DISCONTINUANCE
                                                                       CV 15-2581 (JS)(ARL)
Nassau Co., et al.
--------------------------------------------------------X

**FILED
CLERK**

2/14/2018 11:51 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Appearances:

For Plaintiff(s):
Michael Devine, Esq.
1000 Main St.
Port Jefferson NY 11777

For Defendant(s):
John Hanley, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola NY 11501

SEYBERT, District Judge:

    The above-captioned case was commenced on May 6, 2015, with the filing of a complaint.

    During a telephone conference on Nov. 3, 2017 (docket entry [29]), counsel for all parties advised the Court of the settlement of this case. No stipulation of discontinuance has been submitted to date.

    IT IS HEREBY ORDERED that this action be discontinued without prejudice to reopening should the settlement not be consummated. The Clerk of Court is directed to close the case and terminate pending motions, if any.

SO ORDERED.

Dated: Feb. 14, 2018
Central Islip NY

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.